No. 17,455.

STEPHEN A. GOLDEN AND ERNEST TIPTON *v.*
THOMAS J. O'HARA AND MAYBELLE O'HARA.
(284 P. [2d] 233)

Decided May 9, 1955.

Mr. LOWELL WHITE, Mr. WALTER A. STEELE, for plaintiff in error Stephen A. Golden.

Messrs. WOLVINGTON & WORMWOOD, for plaintiff in error Ernest Tipton.

Mr. JOHN J. MORRISSEY, Mr. WILLIAM H. SCOFIELD, Mr. CHARLES R. ENOS, BERNICE M. BUCHLER, for defendants in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.